United States District Court
Southern District of Texas
ENTERED

AUG 27 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 25 1998

Michael N. Milby
Clerk of Court

| | |
|---|---|
| JAIR QUIMBAYA-OSPINA, <br> Petitioner, <br><br> vs. <br><br> UNITED STATES OF AMERICA, <br> Respondent. | § § § § § § § § § |

CIVIL ACTION NO. B-97-242

## ORDER ADOPTING MAGISTRATE JUDGES'S
## REPORT AND RECOMMENDATION AND DISMISSING PETITION

Before the Court is Magistrate Judge's Report and Recommendation on the above-referenced cause of action. After a de novo review of the entire file, it is the opinion of this Court that the Magistrate Judge's Report and Recommendation of July 28, 1998, should be adopted and the petition be dismissed.

DONE in Brownsville, Texas, on this 25th day of August 1998.

Filemon B. Vela
United States District Judge